Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: DUSTIN J. MORRELL SARAH MORRELL Debtor(s). | Case No. 09-33195 Chapter 7 Judge: R. KIMBALL MOSIER |
|---|---|

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 2 | Wintersteiger 4705 Amelia Earhart Drive Salt Lake City, UT 84116-2876 | 0.65 |
| 4 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | 0.61 |

A check in the amount of $4.99 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 27th day of August, 2011.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 27th day of August, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

LEE J. DAVIS
180 East 2100 South, Suite 102
Salt Lake City, UT 84115